IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | PO-24-5023-KLD |
|---|---|
| Plaintiff, | VIOLATION: FBDW00JM |
| vs. | Location Code: M4B |
| BRETT E. JONES, Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of a $75.00 fine, $30 processing fee for the violation FBDW00JM (for a total of $105.00), and for good cause shown, **IT IS ORDERED** that the $105.00 fine paid by the defendant is accepted as a full adjudication of violation FBDW00JM.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 17th day of September 2024.

_Kathleen DeSoto_
Kathleen DeSoto
United States Magistrate Judge